UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-22395-CIV-MORENO

MICHELLE FENDEL,

    Plaintiff,

vs.

INMARSAT INC., INMARSAT PLC, and
ANDREW J. SUKAWATY,

    Defendants.
_____/

## ORDER DENYING MOTION TO REMAND

THIS CAUSE came before the Court upon Plaintiff's Motion to Remand **(D.E. 16)**, filed on **August 15, 2011**.

THE COURT has considered the motion, the response thereto, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 26 day of August, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record