**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Miami Division

**Case No.: 11-22395-CIV-MORENO**

MICHELLE FENDEL,

     Plaintiff,

vs.

INMARSAT, PLC, INMARSAT, INC.,
and ANDREW J. SUKAWATY,

     Defendants.

_____/

## <u>NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITHOUT PREJUDICE</u>

Pursuant to Rule 1.420(a), Fla. R. Civ. P., Plaintiff, MICHELLE FENDEL, hereby

voluntarily dismisses this action, without prejudice, with each party to bear its own fees and costs.

Dated: September 7, 2011

**JAROSLAWICZ LAW OFFICES**

By: _s/: Isaac M. Jaroslawicz_
Isaac M. Jaroslawicz, Esq.
Florida Bar No. 979510
E-mail address: Isaac@MyLawyerIsaac.com
1177 Kane Concourse, #222
Bay Harbor Islands, Florida 33154
Telephone: 305.398.7739
Facsimile: 786.206.3575

Attorneys for Plaintiff Michelle Fendel

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Memorandum in Support of Plaintiff's Motion to Remand was served via CM/ECF, on September 7, 2011, on all counsel or parties of record on the service list.

s/: Isaac M. Jaroslawicz
Isaac M. Jaroslawicz, Esq.
Florida Bar No. 979510
E-mail address: Isaac@MyLawyerIsaac.com
**JAROSLAWICZ LAW OFFICES**
1177 Kane Concourse, #222
Bay Harbor Islands, Florida 33154
Telephone: 305.398.7739
Facsimile: 786.206.3575

## SERVICE LIST

Matias R. Dorta, Esq.
TEW CARDENAS LLP
*Counsel for Defendants*
1441 Brickell Avenue, 15th Floor
Miami, Florida  33131
(305) 536-1112
Email: MRD@Tewlaw.com

Shannen Wayne Coffin, Esq.
STEPTOE & JOHNSON, LLP
*Counsel for Defendants*
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-6255
Email: scoffin@steptoe.com

Alfred Mamlet, Esq.
STEPTOE & JOHNSON, LLP
*Counsel for Defendants*
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-6205
Email: amamlet@steptoe.com

JAROSLAWICZ LAW OFFICES
1177 Kane Concourse #222 ● Bay Harbor Islands, Florida 33154 ● T 305.398.7739 ● F 786.206.3575
www.MyLawyerIsaac.com